July 24, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

## NO. 15-25-00071-CV

---

COURT KOENNING, Appellant

V.

205 MONTCLAIR, LLC, Appellee

---

This cause, an appeal from the judgment in favor of appellee, 205 Montclair, LLC, signed December 9, 2024, was heard on the appellate record. We order the appeal **DISMISSED** for appellant Court Koenning's failure to comply or otherwise respond to the request directing appellant to pay the requisite appellate filing fee.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order this decision certified below for observance.

Judgment Rendered July 24, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.